

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2018

No. 04-18-00392-CR

**STATE** of Texas,
Appellant

v.

Lee Allison **GOINS**,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2733
Honorable Joey Contreras, Judge Presiding

# O R D E R

Appellee's brief is due October 1, 2018. On September 27, 2018, appellee filed a request for a thirty (30) day extension of time. After consideration, we **GRANT** appellee's request, and **ORDER** appellee's brief due **on or before October 31, 2018**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2018.

_____
Keith E. Hottle
Clerk of Court